UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SKYE TAYLOR,

    Plaintiff,

  v.

VOLKSWAGEN OF AMERICA, INC., *et al.*,

    Defendants.

Case No. C07-1849RSL

ORDER STRIKING NOTICE OF VOLUNTARY DISMISSAL

This matter comes before the Court on plaintiff's Notice of Dismissal Without Prejudice (the "Notice"). The Notice states that plaintiff, who is proceeding *pro se*, is voluntarily dismissing his case pursuant to Fed. R. Civ. P. 41(a)(1) so "the current Complaint can be amended and re-filed with this Court" in approximately one week. Because defendants have filed answers, plaintiff may not voluntarily dismiss his case without filing a stipulation of dismissal signed by all parties who have appeared or by filing a motion and receiving an order of the Court. Fed. R. Civ. P. 41(a). Plaintiff has not filed a stipulation or received leave of Court to dismiss, so the Notice (Dkt. #58) is STRICKEN.

In addition, if plaintiff is seeking to amend his complaint, he may do so without dismissing and refiling his complaint by following the provisions set forth in Federal Rule of Civil Procedure 15. At this point in the litigation, Rule 15 permits plaintiff to file an amended

ORDER STRIKING NOTICE - 1

1 | complaint if he obtains written consent from all defendants or if he files a motion to amend and
2 | the Court grants the motion. Fed. R. Civ. P. 15(a)(2).

DATED this 7th day of May, 2008.

*(signature)*
Robert S. Lasnik
United States District Judge

ORDER STRIKING NOTICE - 2