# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

SKYE TAYLOR,

    Plaintiff,

  v.

VOLKSWAGEN OF AMERICA, INC., *et al.*,

    Defendants.

Case No. C07-1849RSL

ORDER GRANTING MOTION TO AMEND

This matter comes before the Court on plaintiff's motion to amend his complaint. This is plaintiff's first request to amend his complaint. Plaintiff states that he seeks to amend his complaint "to eliminate certain claims, simplify the remaining claims, and to provide greater clarity between the parties to the Complaint," goals which the Court encourages. Defendants have filed responses indicating that they do not oppose the proposed amendment.

There is no evidence of bad faith, undue delay, prejudice to the opposing party, or futility.

ORDER GRANTING
MOTION TO AMEND - 1

1 | Accordingly, the Court GRANTS the motion to amend (Dkt. #62).

3 | DATED this 29th day of May, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING
MOTION TO AMEND - 2