# United States District Court

WESTERN DISTRICT OF WASHINGTON

SKYE TAYLOR,

    v.

VOLKSWAGEN OF AMERICA, INC., *et al.*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-1849RSL

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Judgment is entered in favor of defendants and against plaintiff.

April 14, 2009        BRUCE RIFKIN
                 Clerk

                 /s/Rhonda Stiles
                 By, Deputy Clerk