**UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SKYE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. et al.<br><br>　　　　　Defendants. | CASE NO. C07-1849RSL<br><br>DISTRICT COURT JUDGE: The Honorable Robert S. Lasnik<br><br>**NOTICE OF CIVIL APPEAL**<br><br>**SUMMARY JUDGMENT APPEAL** |

Notice is hereby given that Skye Taylor appeals to the United States Court of Appeals for the Ninth Circuit, from the April 14, 2009 Order Granting Defendants' Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment, of the United States District Court for the Western District of Washington at Seattle.

Dated: The 16th of April 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/　　skye taylor

Skye Taylor (*Pro Se Litigant*)
3487 Triumph St.
Vancouver, B.C., V5K 1T9, Canada

taylor@studytoday.com

1

NOTICE OF CIVIL APPEAL　　　　　　　　　　　　　　　　　　Skye Taylor (Pro Se Litigant)